# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

161429(14)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                SC: 161429
                                                 COA: 352798
                                                 Isabella CC: 16-000801-FH
STEVEN ANTHONY FISHER,
    Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's November 24, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



Clerk

a0222